■ JAMES RYAN et al., Appellants, v CHAZY & WESTPORT TELE- PHONE CORPORATION, Respondent, et al., Defendant. — Appeal from a judgment of the Supreme Court in favor of defendant Chazy & Westport Telephone Corporation, entered February 23, 1984 in Essex County, upon a decision of the court at Trial Term (Dier, J.), without a jury.

Judgment affirmed, with costs, upon the opinion of Justice John G. Dier at Trial Term. Mahoney, P. J., Kane, Casey, Weiss and Levine, JJ., concur.